# United States District Court

DISTRICT OF KANSAS

EDWIN ASEBEDO,

                                       **JUDGMENT IN A CIVIL CASE**

                Plaintiff,

V.

                                      CASE NUMBER: 12-1373-EFM

KANSAS STATE UNIVERSITY,

                       Defendant.

☐ Jury Verdict. This action came before the Court for a trial by jury, The issues have been tried and the jury has rendered its verdict.

☒ Decision by Court. This action came before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that pursuant to the Memorandum and Order filed on July 16, 2013 (Doc. 29), Defendant's Second Motion to Dismiss (Doc. 19) is hereby GRANTED.

IT IS FURTHER ORDERED that Defendant's Motion to Dismiss (Doc. 5) is hereby rendered MOOT.

This case is DISMISSED.

| | |
|---|---|
| 7/16/2013 | TIMOTHY M. O'BRIEN |
| *Date* | *Clerk* |
| | /s Cindy McKee |
| | *(By) Deputy Clerk* |