KENNEDY BERKLEY YARNEVICH
& WILLIAMSON, CHARTERED
119 West Iron Avenue, 7th Floor
P.O. Box 2567
Salina, KS  67402-2567
(785) 825-4674 [Telephone]
(785) 825-5936 [Fax]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| EDWIN ASEBEDO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 12-CV-1373-EFM-KMH |
| | ) |
| KANSAS STATE UNIVERSITY, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF APPEAL

Notice is hereby given that Edwin Asebedo, Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the 10th Circuit from the Judgment in a Civil Case entered in this action on July 16, 2013, pursuant to the Memorandum and Order filed on July 16, 2013, and all other adverse rulings therein.

RESPECTFULLY SUBMITTED,

s/ Andrea K. Swisher
Larry G. Michel, #14067
Andrea K. Swisher, #24610
KENNEDY BERKLEY YARNEVICH
& WILLIAMSON, CHARTERED
119 West Iron Avenue, 7th Floor
P.O. Box 2567
Salina, KS 67402-2567
(785) 825-4674
lmichel@kenberk.com
aswisher@kenberk.com
ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that she electronically filed the forgoing Notice of Appeal with the Clerk of the Court by using the CM/ECF System, which will send a notice of electronic filing to the following:

>M.J. Willoughby
>Assistant Attorney General
>Memorial Bldg., 2nd Floor
>120 SW 10th Avenue
>Topeka, KS  66612-1597
>Mj.willoughby@ksag.org
>Attorneys for Kansas State University

on this 8th day of August, 2013.

>/s/  Andrea K. Swisher
>Andrea K. Swisher